**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ALTICOR INC.; and AMWAY CORP.,

    Plaintiffs,

v.

UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; and WARNER MUSIC GROUP CORP.,

    Defendants.

Case No. 6:14-cv-542-Orl-37DAB

---

UMG RECORDINGS, INC.; CAPITOL RECORDS LLC; SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN, LLC; ARISTA MUSIC; ARISTA RECORDS, LLC;  PROVIDENT LABEL GROUP, LLC; ZOMBA RECORDING, LLC; ATLANTIC RECORDING CORPORATION; WARNER BROS. RECORDS, INC.; and WARNER MUSIC LATINA, INC.,

    Plaintiffs,

v.

TIM FOLEY; FOLEY & COMPANY, INC.; THE FOLEY CORPORATION OF AMERICA; EFINITY, INC.; EFINITY EVENTS, LLC; PEDRO LIZARDI; PATSY LIZARDI; LIZARDI & COMPANY, INC.; BILL CHILDERS; STEVEN WOODS; ANNETTE WOODS; S & A WOODS AND ASSOCIATES INTERNATIONAL, INC.; PRONET OF THE AMERICAS, INC.; IVAN MORALES, JR.; JOSE COHEN; TEAM GLOBAL USA CORP.; TEAM GLOBAL,

Case No. 6:14-cv-1511-Orl-37DAB

INC.; DEXTER YAGER; INTERNET SERVICES CORPORATION; D & B YAGER ENTERPRISES, INC.; PEGGY BRITT; BIGG & PEGGY BRITT, INC.; BRITT WORLDWIDE, LLC; LARRY WINTERS; PAMELA WINTERS; LEADERSHIP TEAM DEVELOPMENT, INC.; NANCY DORNAN; AMBASSADOR MARKETING INTERNATIONAL, INC.; NETWORK TWENTYONE INTERNATIONAL, INC.; KENNETH O. WOODS; BILLY O. CHILDERS; JUSTIN M. HOLDER; CHILDERS ENTERPRISES, INC.; TNT, INC. OF CHARLOTTE, N.C.; and DOES 1 through 35,

     Defendants.

---

UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ARISTA MUSIC; PROVIDENT LABEL GROUP, LLC; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORPORATION; and WARNER MUSIC LATINA, INC.,

     Plaintiffs,

v.

NARUSS MAHAKKAPONG; SAMORNSRI MAHAKKAPONG; FOREVER AND A DAY; BRADLEY DEHAVEN; KIM DEHAVEN; MOTIVISION MEDIA, LLC; LUIS CHAVEZ; MARIA CHAVEZ; FRANCISCO BAZAN; GEOVANA BAZAN; VISION GLOBAL, LLC; PRUTSANAI MAHAKKAPONG; RAMANYA CHUDATAMEE; BRAVEBERRY, LLC; and DOES 1 through 20,

Case No. 6:14-cv-2045-Orl-37DAB

## ORDER

This cause is before the Court on the Report and Recommendation of U.S. Magistrate Judge David A. Baker which was filed on April 10, 2015, in the three cases listed in the above caption: *Alticor Inc. v. UMG Recordings, Inc.*, Case No. 6:14-cv-541-Orl-37DAB ("541 Action"), (Doc. 112); *UMG Recordings, Inc. v. Foley*, Case No. 6:14-cv-1511-Orl-37DAB ("1511 Action"), (Doc. 181); and *UMG Recordings, Inc. v. Mahakkapong*, 6:14-cv-2045-Orl-37DAB ("2045 Action"), (Doc. 78). No party has objected to the Report and Recommendation, and the time for doing so has passed. After a careful review, the Court finds that the Report and Recommendation is due to be adopted and confirmed.

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Report and Recommendation of U.S. Magistrate Judge David A. Baker (Doc. 112 in the 541 Action), (Doc. 181 in the 1511 Action), and (Doc. 78 in the 2045 Action) are **ADOPTED AND CONFIRMED**.

2. The 541 Action, 1511 Action, and 2045 Action are **CONSOLIDATED** for purposes of discovery.

3. The Clerk is **DIRECTED** to open a new case titled *In re: Record Company Infringement Litigation* and directly assign the new case to the Undersigned and U.S. Magistrate Judge David A. Baker.

4. The Clerk is **DIRECTED** to designate the Record Companies as the Plaintiffs in the new case (Arista Music, Arista Records LLC, Atlantic Recording Corporation, Capitol Records, LLC, Provident Label LLC, Provident Label Group, LLC, Sony Music Entertainment, Sony Music

    Entertainment US Latin, LLC, UMG Recordings, Inc., Warner Bros. Records, Inc., Warner Music Group Corp., Warner Music Latina, Inc., and Zomba Recording LLC).

5. The Clerk is **DIRECTED** to designate Alticor Inc., Amway Corp., and each of the Defendants in the 1511 and 2045 Actions as the Defendants in the new case.

6. Until the conclusion of discovery, the parties are **DIRECTED** to file all documents in the new case except for matters pertaining solely to non-common, discrete aspects of an individual case.

7. The deadlines currently set out in the Case Management and Scheduling Order in the 542 Case (Doc. 57) are **TERMINATED**.

8. The parties are **DIRECTED** to file, on or before **May 11, 2015**, a Status Report detailing the discovery plan agreed to by the parties as required by the Report and Recommendation (Doc. 112, pp. 5–6).

9. The Record Companies are **DIRECTED** to, on or before **May 11, 2015**, serve the other parties with a chart summarizing their claims as required by the Report and Recommendation (Doc. 112, p. 6).

10. The Record Companies are further **DIRECTED** to supplement or amend the chart every 90 days following May 11, 2015 (until the conclusion of discovery), to reflect the status of their claims as evidence is produced, and claims are clarified (or resolved). If no change to the claims has occurred, then the Record Companies shall provide notice to the other parties that the last chart provided remains in effect. The parties are **DIRECTED** to treat the charts provided by the Record Companies as

mere tools of discovery—not as evidence or as a pleading. Any attempt to use the charts in another manner may result in sanctions for unnecessarily multiplying the proceedings.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 30, 2015.

*[Signature]*
ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record